# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT,<br><br>            Plaintiff,<br><br>    v.<br><br>STANDARD LIFE INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01784-JLT-SAB<br><br>ORDER GRANTING ALEXANDER B. FEINBERG'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 13) |

The Court has read and considered the application of Alexander B. Feinberg, attorney for Defendant Protective Life Insurance Company, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 13.) Having reviewed the application, Alexander B. Feinberg's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **January 21, 2022**

UNITED STATES MAGISTRATE JUDGE