# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STANDARD LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01784-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 25) |

On February 11, 2022, Plaintiff and Defendant Standard Insurance Company filed a stipulation to extend the time for Defendants to file a responsive pleading. (ECF No. 25.) The parties seek to extend the deadline for Defendant Standard Insurance Company to respond to the complaint twenty-eight days to March 28, 2022. (Id.) This is Defendant Standard Insurance Company's first stipulated extension. (Id.) Pursuant to Local Rule 144(a), an initial stipulation extending time for no more than twenty-eight days to respond to a complaint may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. However, in light of the parties' stipulation, the Court shall also continue the scheduling conference currently set for March 21, 2022. (See ECF No. 3.)

///

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Standard Insurance Company shall file a pleading responsive to the complaint on or before **March 28, 2022**;

2. The scheduling conference set for March 21, 2022, is CONTINUED to **April 26, 2022, at 11:00 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **February 14, 2022**

UNITED STATES MAGISTRATE JUDGE