# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STANDARD LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-01784-JLT-SAB<br><br>ORDER DENYING DAVID S. KLEVATT'S APPLICATION TO PROCEED *PRO HAC VICE* WITHOUT PREJUDICE<br><br>(ECF No. 30) |

　　　　The court has read and considered the application of David S. Klevatt, attorney for Plaintiff Janice Schmidt for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 30.)  Plaintiff's application does not include a certificate of good standing as indicated to have been attached to the application.

///

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that David S. Klevatt's application to appear *pro hac vice* is DENIED without prejudice to be resubmitted with the certificate of good standing.

IT IS SO ORDERED.

Dated:   **April 25, 2022**

UNITED STATES MAGISTRATE JUDGE