1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

10   JANICE SCHMIDT,

11          Plaintiff,

12      v.

13   STANDARD LIFE INSURANCE
     COMPANY, et al.,
14
15          Defendants.

Case No.  1:21-cv-01784-JLT-SAB

ORDER GRANTING STIPULATED
MOTION TO CORRECT NAME OF
DEFENDANT AND DIRECTING CLERK
OF COURT TO UPDATE DOCKET

(ECF No. 37)

16        On December 17, 2021, Plaintiff, Janice Schmidt ("Plaintiff"), filed this class action

17   lawsuit alleging, *inter alia*, that Defendants Standard Life Insurance Company and Protective

18   Life Insurance Company ("Defendants") breached certain of their life insurance contracts for

19   which Plaintiff and the putative class are beneficiaries.  (ECF No. 1.)  On March 28, 2022,

20   Standard Insurance Company filed an answer to the Complaint wherein it attests, inter alia, that

21   the life insurance policy at issue to which Plaintiff is a beneficiary ("Policy") was issued by

22   "Standard Insurance Company" not "Standard Life Insurance Company" as alleged in the

23   Complaint.  (ECF No. 23 at ¶21.)  The parties thereafter met and conferred and counsel for

24   Defendants confirmed that Standard Insurance Company is the correct corporate name and

25   proper Standard defendant.   (ECF No. 37 at 2.)   based on Defendants' clarification and

26   representation, on May 18, 2022, the parties submitted a stipulation agreeing: (i) to amend the

27   caption in this matter to remove the reference to Standard Life Insurance Company and replace it

28   with Standard Insurance Company to correct the misnomer (so that on all documents going

forward in this matter the parties named in the caption will appear as: "JANICE SCHMIDT, on behalf of herself and all others similarly situated vs. STANDARD INSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, and DOES 1 TO 50, inclusive"); and (ii) that all references in the Complaint to Standard Life Insurance Company are deemed to refer to Standard Insurance Company.  (ECF No. 37.)  The parties further stipulated that this agreed clerical change does not require any further modification to the complaint or further response by way of an answer because Standard Insurance Company was timely served with and has now answered the complaint as a Defendant and does not contest that it is a Defendant in this action.

Accordingly, IT IS HEREBY ORDERED that:

1.    The stipulated motion to amend the complaint (ECF No. 37) is GRANTED;

2.    The name "Standard Life Insurance Company" in the complaint is amended to "Standard Insurance Company"; and

3.    The Clerk of the Court is DIRECTED to correct the docket to change Defendant's name from "Standard Life Insurance Company" to "Standard Insurance Company."

IT IS SO ORDERED.

Dated:   **May 19, 2022**    

_____
UNITED STATES MAGISTRATE JUDGE