1  Christopher R. Pitoun (SBN 290235)
   christopherp@hbsslaw.com
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   301 North Lake Avenue, Suite 920
3  Pasadena, CA 91101
   T: (213) 330-7150
4  F: (213) 330-7152

5  *Attorneys for Plaintiff*

6
   [Additional Counsel Listed on Signature Pages]
7
               **IN THE UNITED STATES DISTRICT COURT**
8            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9
   JANICE SCHMIDT,                              Case No. 1:21-cv-01784-JLT-SAB
10 on behalf of herself and
   all others similarly situated,               **STIPULATION TO FILE FIRST**
11                                              **AMENDED COMPLAINT AND**
                          Plaintiff,            **[PROPOSED] ORDER**
12
        v.                                      Complaint Filed:   December 20, 2021
13
   STANDARD INSURANCE COMPANY;
14 PROTECTIVELIFE INSURANCE
   COMPANY, DOES 1 TO 50, inclusive,
15
                          Defendants.
16

17

18

19

20

21

22

23

24

Pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 220, Plaintiff Janice Schmidt ("Plaintiff") and Defendants Standard Insurance Company and Protective Life Insurance Company (collectively, "Defendants") through their respective counsel of record, agree and stipulate as follows:

1.      WHEREAS, on December 20, 2021, Plaintiff filed this civil action against Defendants in this Court. (*See* Dkt. No. 1);

2.      WHEREAS, on March 28, 2022, Defendants' answered the Complaint.

3.      WHEREAS, on September 27-28, 2022, the Parties met and conferred pursuant to Local Rule 7-3 to discuss the Complaint and potential motion practice;

4.      WHEREAS, based on information exchanged between the Parties during the meet and confer process, the Parties have agreed that good cause exists for Plaintiff to file a First Amended Complaint;

5.      WHEREAS, pursuant to Local Rule 220, the proposed First Amended Complaint is attached as Exhibit A and a redline of the proposed First Amended Complaint is attached as Exhibit B.

6.      WHEREAS, the Parties have agreed that Defendants shall have twenty-one (21) days from the Court's entry of an order on this Stipulation to answer or otherwise respond to Plaintiff's First Amended Complaint.

IT IS HEREBY STIPULATED.

DATED: September 28, 2022          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ *Christopher R. Pitoun*
Christopher Pitoun (SBN 290235)
christopherp@hbsslaw.com
301 North Lake Avenue, Suite 920
Pasadena, CA 91101

STIP. TO FILE FIRST AMENDED COMPLAINT

| | |
|---|---|
| 1 | T: (213) 330-7150 |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | Steve W. Berman (*pro hac vice*) |
| 3 | steve@hbsslaw.com |
| | 1301 Second Ave, Suite 2000 |
| 4 | Seattle, WA 98101 |
| | T: (206) 623-7292 |
| 5 | F: (206) 623-0594 |
| 6 | SPERLING & SLATER, P.C. |
| | Joseph M. Vanek (*pro hac vice*) |
| 7 | jvanek@sperling-law.com |
| | Mitchell H. Macknin (*pro hac vice*) |
| 8 | mhmacknin@sperling-law.com |
| | John P. Bjork (*pro hac vice*) |
| 9 | jbjork@sperling-law.com |
| | 55 W. Monroe Street, Suite 3500 |
| 10 | Chicago, IL 60603 |
| | T: (312) 641-3200 |
| 11 | KLEVATT & ASSOCIATES, LLC |
| | David S. Klevatt (*pro hac vice*) |
| 12 | dklevatt@insurancelawyer.com |
| | Timothy M. Howe (*pro hac vice*) |
| 13 | Tim@Chicagolaw.biz |
| | 77 West Wacker Drive, Suite 4500 |
| 14 | Chicago, IL 60601 |
| | T: (312) 782-9090 |
| 15 | |
| 16 | *Attorneys for Plaintiff JANICE SCHMIDT, on behalf of herself and all others similarly situated* |
| 17 | |
| 18 | DATED: September 28, 2021      MAYNARD COOPER & GALE, LLP |
| 19 | /s/ *Cindy M. Rucker* (with consent) |
| | Cindy M. Rucker (SBN 272465) |
| 20 | cmekari@maynardcooper.com |
| | 1925 Century Park East, Suite 1900 |
| | Los Angeles, CA 90067 |
| 21 | T: (323) 596-4500 |
| | F: (205) 254-1999 |
| 22 | |
| 23 | MAYNARD COOPER & GALE, P.C. |
| | Michael D. Mulvaney (*pro hac vice*) |
| | mmulvaney@maynardcooper.com |
| 24 | Edward M Holt (*Pro Hac Vice*) |
| | tholt@maynardcooper.com |

- 2 -

Alexander B. Feinberg (*Pro Hac Vice*)
afeinberg@maynardcooper.com
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Tel. (205) 254-1000
Fax (205) 254-1999

*Attorneys for Defendants STANDARD
INSURANCE COMPANY, PROTECTIVE LIFE
INSURANCE COMPANY*

**IT IS SO ORDERED**

Dated: _____        _____
                                                                Hon. Stanley A. Boone
                                                UNITED STATES MAGISTRATE JUDGE

STIP. TO FILE FIRST AMENDED COMPLAINT