1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT,<br><br>       Plaintiff,<br><br>    v.<br><br>STANDARD INSURANCE COMPANY, et al.,<br><br>       Defendants. | Case No.  1:21-cv-01784-JLT-SAB<br><br>ORDER RE: STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 39) |

Plaintiff initiated this action on December 20, 2021.  (ECF No. 1.)  Defendants answered the complaint on March 28, 2022.  (ECF Nos. 22, 28.)  On September 28, 2022, the parties filed a stipulated request for leave to file a first amended complaint (attached as Exhibit A to the stipulation) and for Defendants to have up to twenty-one days from the Court's entry of an order on the instant stipulation to answer or otherwise respond to Plaintiff's first amended complaint. (ECF No. 39.)   The parties proffer that, following meet and confer discussions regarding potential grounds for a motion to dismiss the operative complaint, they agreed to stipulate to permitting plaintiff to file an amended complaint.  (Id.)

The Court finds good cause exists to approve the stipulated request.  Further, the Court notes the parties do not appear to seek to modify the pre-certification discovery and motion deadlines, which shall therefore remain set for February 24, 2023 and March 31, 2023,

1

1 respectively.  (See ECF No. 34.)

2      Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY

3 ORDERED that:

4      1.      Plaintiff's proposed first amended complaint, attached as "Exhibit A" to the

5              parties stipulation (ECF No. 39-1) is deemed FILED as Plaintiff's first amended

6              complaint; and

7      2.      Defendants' response to the first amended complaint is due **within twenty-one**

8              **(21) days** of entry of this order.

9

10 IT IS SO ORDERED.

11 Dated:   **September 29, 2022**

                                        UNITED STATES MAGISTRATE JUDGE