# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01784-JLT-SAB<br><br>ORDER APPROVING AND ENTERING JOINT CONFIDENTIALITY ORDER AND JOINT ESI ORDER<br><br>(ECF Nos. 45 ,46) |

On October 28, 2022, the parties filed a joint proposed order for the establishment of a protocol for electronic and other discovery in this matter; and a joint proposed confidentiality order. (ECF Nos. 45, 46.) The Court has reviewed the stipulated agreements and finds good cause to approve and enter the proposed joint orders into the record of this action.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The joint proposed order for the establishment of a protocol for electronic and other discovery in this matter filed on October 28, 2022 (ECF No. 45), is APPROVED and ENTERED;

2. The joint proposed confidentiality order filed on October 28, 2022 (ECF No. 46) is APPROVED and ENTERED;

3. The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents which are to be filed under seal will require a written request which complies with Local Rule 141;

4. The party making a request to file documents under seal shall be required to show either good cause or compelling reasons to seal the documents, depending on the type of filing, Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 677-78 (9th Cir. 2009); Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1101 (9th Cir. 2016); and

5. If a party's request to file Protected Material under seal is denied by the Court, then the previously filed material shall be immediately accepted by the court and become information in the public record and the information will be deemed filed as of the date that the request to file the Protected Information under seal was made.

IT IS SO ORDERED.

Dated: __**October 31, 2022**__             _____
                                              UNITED STATES MAGISTRATE JUDGE