# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01784-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY CLASS ACTION SCHEDULING ORDER<br><br>(ECF Nos. 34, 50) |

On April 26, 2022, the Court issued a scheduling order in this action setting a class certification discovery deadline of February 24, 2023, and a deadline of March 31, 2023, to file a motion for class certification. (ECF No. 34.) On January 23, 2023, the parties filed a stipulated motion to modify the scheduling order. (ECF No. 50.) The Court finds good cause to grant the request based on the parties' proffer that following the filing of the first amended complaint, the parties have worked collaboratively to resolve discovery disputes without the involvement of the Court, and that the parties are currently attempting to resolve a small number of discovery issues that the parties believe can be resolved without Court intervention if they are afforded additional time to do so.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the scheduling order is GRANTED;
2. The deadline to complete pre-certification discovery is extended until May 25, 2023;
3. The deadline to file any motion for class certification or to deny class certification is extended until June 29, 2023; and
4. All other aspects of the April 26, 2022, scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **January 23, 2023**

UNITED STATES MAGISTRATE JUDGE