# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT, | Case No. 1:21-cv-01784-JLT-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY CLASS ACTION SCHEDULING ORDER |
| v. | |
| STANDARD INSURANCE COMPANY, et al., | (ECF No. 53) |
| Defendants. | |

On April 26, 2022, the Court issued a scheduling order in this action setting a class certification discovery deadline of February 24, 2023, and a deadline of March 31, 2023, to file a motion for class certification. (ECF No. 34.) On January 23, 2023, the Court modified the scheduling order pursuant to the parties' stipulation, setting a class certification discovery deadline of May 25, 2023, and a deadline of June 29, 2023, to file a motion for class certification. (ECF No. 51.) Currently before the Court is the parties' stipulation to again modify the scheduling order, filed April 4, 2023. (ECF No. 53.)

The parties proffer that the parties have worked consistently and collegially to resolve a number of discovery disputes without Court involvement; that resolution of these discovery disputes has taken longer than anticipated; that the parties have now come to a resolution on all of these discovery disputes without Court involvement; that part of the agreement between the parties includes Defendants' agreement to produce one hundred randomly selected policy files

1 according to an agreed upon selection protocol; that Defendants have represented that it will
2 require at least 45 days to produce the policy files that are selected; and Plaintiffs may need to
3 engage in limited follow up discovery subsequent to the production.  The Court finds good cause
4 to grant the request based on the parties' proffer that the parties have worked collaboratively to
5 resolve discovery disputes without the involvement of the Court, and the Court considers the
6 parties have submitted the instant stipulation well before the current discovery deadline of May
7 25, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the scheduling order is GRANTED;
2. The deadline to complete pre-certification discovery is extended until July 10, 2023;
3. The deadline to file any motion for class certification or to deny class certification is extended until August 14, 2023; and
4. All other aspects of the April 26, 2022, scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **April 5, 2023**

UNITED STATES MAGISTRATE JUDGE