1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT, | Case No. 1:21-cv-01784-JLT-SAB |
| Plaintiff, | ORDER GRANTING MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL WILLIAM M. STROM |
| v. | |
| STANDARD INSURANCE COMPANY, et al., | (ECF No. 54) |
| Defendants. | |

On April 5, 2023, a notice of withdrawal of counsel William M. Strom as counsel for Plaintiff was filed.  (ECF No. 54.)  Plaintiff continues to be represented by other counsel from the same law firm and another law firm.  (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1.      The motion to withdraw William M. Strom as counsel is GRANTED; and

2.      The Clerk of the Court is DIRECTED to terminate William M. Strom as attorney for Plaintiff Janice Schmidt.

IT IS SO ORDERED.

Dated:   **April 6, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1