UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT,<br><br>        Plaintiff,<br><br>    v.<br><br>STANDARD LIFE INSURANCE COMPANY, *et al*.<br><br>        Defendants. | Case No. 1:21-cv-01784-JLT-CDB<br><br>ORDER DENYING WITHOUT PREJUDICE APPLICATION OF DANIEL A. SHMIKLER TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 59) |

The Court has read and considered the application of Daniel A. Shmikler, attorney for Plaintiff Janice Schmidt, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 59). Although Attorney Shmikler's application indicates it was submitted with a certificate of good standing, no such certificate was filed. (*Id.* p. 1). Accordingly, IT IS HEREBY ORDERED that Attorney Shmikler's application to appear pro hac vice is DENIED without prejudice subject to resubmittal with an attached certificate of good standing.

IT IS SO ORDERED.

Dated:   **July 27, 2023**                         _____
                                                                    UNITED STATES MAGISTRATE JUDGE