UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT,<br><br>            Plaintiff,<br><br>    v.<br><br>STANDARD LIFE INSURANCE COMPANY, *et al*.<br><br>            Defendants. | Case No. 1:21-cv-01784-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF DANIEL A. SHMIKLER TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 61) |

The Court has read and considered the application of Daniel A. Shmikler, attorney for Plaintiff Janice Schmidt, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 61). In light of the application and for good cause appearing, Daniel A. Shmikler's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

   Dated:   **August 1, 2023**                      _____
                                                  UNITED STATES MAGISTRATE JUDGE