Christopher R. Pitoun (SBN 290235)
*christopherp@hbsslaw.com*
Abigail D. Pershing (SBN 346467)
*abigailp@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150

David S. Klevatt (*pro hac vice*)
*dklevatt@insurancelawyer.com*
KLEVATT & ASSOCIATES, LLC
77 West Wacker Drive, Suite 4500
Chicago, IL 60601-1604
T: (312) 782-9090

*Attorney for Plaintiffs and Proposed Class*
*(Additional counsel listed below)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT and JUDY A. VANN-EUBANKS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No. 1:21-cv-01784-JLT-CDB<br><br>**PLAINTIFF JUDY VANN-EUBANKS'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**<br><br>Hearing Date:   September 18, 2023<br>Time:   9:00 a.m.<br>Courtroom:   4<br>Judge:   Hon. Jennifer L. Thurston<br>Mag. Judge:   Hon. Christopher D. Baker<br>Complaint filed: 12/17/2021 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 18, 2023 at 9:00 a.m. or as soon thereafter as the matter can be heard, in the Courtroom of the Hon. Jennifer L. Thurston, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, in Fresno, California, Plaintiff Judy Vann-Eubanks ("Plaintiff"), will and hereby does, move for an order a) certifying the putative class in this litigation; b) appointing Plaintiff as class representative; and c) appointing Christopher R. Pitoun of Hagens Berman Sobol Shapiro LLP, David S. Klevatt of Klevatt & Associates, LLC, and Joseph M. Vanek of Sperling & Slater, LLC, as lead class counsel.

Pursuant to Section 1.B. of this Court's Standing Order, this Motion is made following a meet and confer between counsel for Plaintiff and Defendant Protective Life Insurance Company ("Defendant") on August 1, 2023, during which the parties thoroughly discussed the substance and potential resolution of the filed Motion by videoconference. *See* Declaration of Christopher R. Pitoun ¶ 20.

As further explained in the accompanying Memorandum of Points and Authorities, the certification of Plaintiff's proposed class is warranted pursuant to Federal Rule of Civil Procedure 23 because, among other reasons, the salient legal and factual questions will be resolved with proof common to all class members. A similar class against a different life insurer was previously certified in this District by Chief Judge Mueller. *Farley v. Lincoln Benefit Life Co.*, 2023 WL 3007413, at *9 (E.D. Cal. Apr. 18, 2023). And essentially the same class has been certified twice in a sister District, in *Small v. Allianz Life Ins. Co. of N.A.*, 2023 WL 4042593, at *4 (C.D. Cal. May 23, 2023) and *Bentley v. United of Omaha Life Ins. Co.*, 2018 WL 3357458, at *12 (C.D. Cal. May 1, 2018). The proposed class here contains at least 40 putative class members, including Plaintiff, and Plaintiff is both typical and an adequate representative of their interests. Common evidence will prove that Defendant violated California Insurance Code §§ 10113.71 and 10113.72 (the "Statutes"). Specifically, Defendant violated the Statutes through its adoption of a blanket practice of lapsing for non-payment of premium hundreds of life insurance policies issued prior to January 1, 2013, without first providing the policyowner an opportunity to designate a third-party to receive notice of such pending lapses. Common evidence will further prove that Defendant's refusal to pay the policy benefit upon the death

of the insureds constitutes a breach of Defendant's contractual obligations to every class member, including Plaintiff. Given the uniform course of conduct by Defendant causing damages to all class members, class adjudication of these claims is far superior to hundreds of individual lawsuits. All of the relevant factors clearly establish that class certification is warranted.

Plaintiff's Motion is based on the foregoing Notice of Motion, accompanying Memorandum of Points and Authorities in Support of the Motion, the concurrently filed Declaration of Christopher Pitoun, all exhibits filed with the Motion and all other pleadings, materials, or argument the Court may consider before deciding the Motion.

Dated: August 14, 2023             Respectfully submitted,

                                   HAGENS BERMAN SOBOL SHAPIRO LLP

                                   By /s/ *Christopher R. Pitoun*
                                   Christopher R. Pitoun (SBN 290235)
                                   Abigail D. Pershing (SBN 346467)
                                   301 North Lake Avenue, Suite 920
                                   Pasadena, CA 91101
                                   Telephone: (213) 330-7150
                                   christopherp@hbsslaw.com
                                   abigailp@hbsslaw.com

                                   David S. Klevatt (*pro hac vice*)
                                   KLEVATT & ASSOCIATES, LLC
                                   77 West Wacker Drive, Suite 4500
                                   Chicago, IL 60601-1604
                                   Telephone: (312) 782-9090
                                   dklevatt@insurancelawyer.com

                                   Joseph M. Vanek (*pro hac vice*)
                                   John P. Bjork (*pro hac vice*)
                                   SPERLING & SLATER, LLC
                                   55 W. Monroe Street, Suite 3200
                                   Chicago, IL 60603
                                   Telephone: (312) 224-1500
                                   jvanek@sperling-law.com
                                   jbjork@sperling-law.com

                                   *Attorneys for Plaintiff Judy Vann-Eubanks*
                                   *and Proposed Class*