1  Christopher R. Pitoun (SBN 290235)
   *christopherp@hbsslaw.com*
2  Abigail D. Pershing (SBN 346467)
   *abigailp@hbsslaw.com*
3  HAGENS BERMAN SOBOL SHAPIRO LLP
4  301 North Lake Avenue, Suite 920
   Pasadena, CA 91101
5  T: (213) 330-7150

6  David S. Klevatt (*pro hac vice*)
   *dklevatt@insurancelawyer.com*
7  KLEVATT & ASSOCIATES, LLC
   77 West Wacker Drive, Suite 4500
8  Chicago, IL 60601-1604
9  T: (312) 782-9090

10 *Attorney for Plaintiffs and Proposed Class*
   *(Additional counsel listed below)*
11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14
15 JANICE SCHMIDT and JUDY A. VANN-           Case No. 1:21-cv-01784-JLT-CDB
   EUBANKS, on behalf of themselves and all
16 others similarly situated,                 **DECLARATION OF CHRISTOPHER R.**
                                              **PITOUN IN SUPPORT OF PLAINTIFF**
17                               Plaintiffs,  **JUDY VANN-EUBANKS'S MOTION FOR**
                                              **CLASS CERTIFICATION,**
18         v.                                 **APPOINTMENT OF CLASS**
                                              **REPRESENTATIVE AND CLASS**
19 STANDARD INSURANCE COMPANY,                **COUNSEL**
   PROTECTIVE LIFE INSURANCE
20 COMPANY, and DOES 1 TO 50, inclusive,      Hearing Date:  September 18, 2023
                                              Time:          9:00 a.m.
21                               Defendants.  Courtroom:     4
                                              Judge:         Hon. Jennifer L. Thurston
22                                            Mag. Judge:    Hon. Christopher D. Baker
                                              Complaint filed: 12/17/2021
23
24
25
26
27
28

I, Christopher R. Pitoun, declare and state as follows:

1.   I am a member of the bar of the state of California and am a partner at Hagens Berman Sobol Shapiro, LLP. I serve as Plaintiff's counsel in this action and submit this Declaration in Support of Plaintiff Judy Vann-Eubanks's Motion for Class Certification, Appointment of Class Representative and Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   Attached as Exhibit 1 is a true and correct copy of California Insurance Code §§ 10113.71-72.

3.   Attached as Exhibit 2 is a true and correct copy of the California Legislature website entitled "SB-1320 Life Insurance: nonpayment premium notice: lapse" which shows the "Text" tab detailing proposed changes to the California Insurance Code by SB-1320. This document can be viewed at https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=202120220SB1320.

4.   Attached as Exhibit 3 is a true and correct copy of the California Legislature website entitled "SB-1320 Life Insurance: nonpayment premium notice: lapse" which shows the "Status" tab of the proposed changes to the California Insurance Code by SB-1320. This document can be viewed at https://leginfo.legislature.ca.gov/faces/billStatusClient.xhtml?bill_id=202120220SB1320.

5.   Attached as Exhibit 4 is a true and correct copy of excerpts of the Rule 30(b)(6) deposition of Defendant Protective Life Insurance Company ("Defendant" or "Protective Life") designee Scott Creutzmann.

6.   Attached as Exhibit 5 is a true and correct copy of excerpts of the Rule 30(b)(6) deposition of Defendant Protective Life designee Michael Rebholz.

7.   Attached as Exhibit 6 is a true and correct copy of Mr. Eubanks's request to change the primary beneficiary of his Protective Life insurance policy. Exhibit 6 is marked with the bates label Protective 1112-1114.

8.   Attached as Exhibit 7 is a true and correct copy of the Rule 30(b)(1) deposition of Judy Vann-Eubanks.

9.   Attached as Exhibit 8 is a true and correct copy of Defendant Protective Life's Second Notice of Payment Due. Exhibit 8 is marked with the bates label Protective 1172-1173.

PITOUN DEC. ISO MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL

10. Attached as Exhibit 9 is a true and correct copy of Defendant Protective Life's Last Notice of Payment Due. Exhibit 9 is marked with the bates label Protective 1174-1175.

11. Attached as Exhibit 10 is a true and correct copy of Protective Life's Acknowledgment of Policy Change. Exhibit 10 is marked with the bates label Protective 1124.

12. Attached as Exhibit 11 is a true and correct copy of a spreadsheet produced by Defendant Protective Life in response to Plaintiff's Request for Production numbers 3 and 5. This spreadsheet is a compilation of policy information which identifies the policies Plaintiffs seek to include in the putative class by policy number, policy issue date, face value, policy termination date, and insured's date of death. Exhibit 11 is marked with the bates label Protective 1169.

13. Attached as Exhibit 12 is a true and correct copy of Defendant Protective Life Insurance Company's Supplemental Responses to Plaintiff's Interrogatory Number 2 and Supplemental Responses to Plaintiff's Interrogatories Numbers 3-6.

14. Attached as Exhibit 13 is a true and correct copy of the Parties' Joint Stipulation Resolving Discovery Dispute.

15. Attached as Exhibit 14 is a true and correct copy of the Expert Report of Plaintiff's expert Kent Barrett.

16. Attached as Exhibit 15 is a true and correct copy of the Declaration of Plaintiff Judy Vann-Eubanks in Support of Motion for Class Certification, Appointment of Class Representative and Class Counsel.

17. Attached as Exhibit 16 is a true and correct copy of the firm resume for Hagens Berman Sobol Shapiro LLP and includes the attorney resume of Christopher R. Pitoun.

18. Attached as Exhibit 17 is a true and correct copy of the attorney resume of David S. Klevatt.

19. Attached as Exhibit 18 is a true and correct copy of the attorney resume of Joseph M. Vanek.

20. Attached as Exhibit 19 is a true and correct copy of a Protective Life Specimen Policy of the kind held by Mr. Eubanks. Exhibit 19, which bears the bates label Protective 1176-1185, was

marked as Exhibit 14 to the Rule 30(b)(6) deposition of Defendant Protective Life designee Michael Rebholz.

21. Attached as Exhibit 20 is a true and correct copy of excerpts of Protective Life's search results confirming Mr. Eubanks's death. Exhibit 20 is marked with the bates label Protective 1128-1133.

22. On August 1, 2023, the parties met and conferred pursuant to Section 1.B. of this Court's standing order to discuss the substance of this motion and the potential resolution.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of August, 2023, in Los Angeles, California.

/s/ *Christopher R. Pitoun*
Christopher R. Pitoun