# EXHIBIT 3

5/25/23, 10:12 AM                         Bill Status - SB-1320 Life insurance: nonpayment premium notice: lapse.

Case 1:21-cv-01784-JLT-CDB   Document 63-5   Filed 08/14/23   Page 2 of 2

 

| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

## SB-1320 Life insurance: nonpayment premium notice: lapse. (2021-2022)

**Senate:** 1st  Cmt  Died
**Assembly:**

| Bill Status | |
|---|---|
| Measure: | SB-1320 |
| Lead Authors: | Jones (S) |
| Principal Coauthors: | - |
| Coauthors: | - |
| Topic: | Life insurance: nonpayment premium notice: lapse. |
| 31st Day in Print: | - |
| Title: | An act to ~~amend Sections 10113.71 and 10113.72 of~~ *add Section 10113.73 to* the Insurance Code, relating to insurance. |
| House Location: | Senate |
| Last Amended Date: | 04/18/22 |
| Committee Location: | Sen Insurance |

| Type of Measure |
|---|
| ==Inactive Bill - Died== |
| Majority Vote Required |
| Non-Appropriation |
| Fiscal Committee |
| Non-State-Mandated Local Program |
| Non-Urgency |
| Non-Tax levy |

| Last 5 History Actions | |
|---|---|
| **Date** | **Action** |
| 11/30/22 | From committee without further action. |
| 04/18/22 | From committee with author's amendments. Read second time and amended. Re-referred to Com. on INS. |
| 04/14/22 | April 20 set for first hearing canceled at the request of author. |
| 04/14/22 | Set for hearing April 20. |
| 03/17/22 | Referred to Com. on INS. |