# EXHIBIT 6

**Protective Life Insurance Company**
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



www.protective.com/piocs

October 17, 2012

Bob Eubanks Protections
1118 W Redwood St
San Diego, CA 92103-6025

Re: Protective Life Insurance Company
Policy No: PL0647591
Insured: Robert L Eubanks
Owner: Bob Eubanks Protections

Dear Sir/Madam:

We are pleased to provide the service form(s) requested. **Please note carefully the signature requirements found at the end of the form.** *Important - Note incorrect signatures and incomplete forms can delay processing.*

To initiate your request, please complete and sign the form as indicated and have your signature witnessed, if applicable, by a disinterested party of legal age.

<u>Description</u>

• Change Name

If you have any questions or need assistance, please contact your agent or our office. Our toll-free number is 1-800-866-9933. You may also reach us via fax at 205-268-3402 or e-mail at ladphs@protective.com.

Life and Health Insurance Administration

CC: Michael Schwartz

**Protective Life Insurance Company**
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



**Protective.**

www protective com/piocs

POLICY NO.:          PL0647591

INSURED'S NAME:      Robert L Eubanks

OWNER'S NAME:        Bob Eubanks Protections

---

## Change of Beneficiary

I (we) hereby request that all previous beneficiary designations and directions for settlement of this policy be cancelled and that the proceeds of said policy upon the death of the insured be paid, in one sum, unless otherwise provided herein  or in said policy, as follows:

### PRIMARY BENEFICIARY: (Print full names and relationships to the insured)

| Name | SSN/Tax ID | DOB | Address | Relationship | % | Trust Date, If Applicable |
|---|---|---|---|---|---|---|
| Violet Eubanks | ███████ | ██ 27 | 1118 W Redwood SD, CA 92103 | Wife | 100% | |

If more than one primary beneficiary is named, use percentages to indicate how proceeds are to be paid.  If there are no percentages indicated, payment will be in equal shares to the surviving primary beneficiary(s). If there are no surviving primary beneficiary(s) , then the proceeds will be paid to the contingent beneficiary(s).
If a beneficiary is a minor at the time of death of the insured, it may be necessary to delay the payment of the death benefit until a court appoints a guardian of the estate of the minor. Before naming a minor as beneficiary, we recommend you consult an attorney about options, such as creating and naming a trust, making a designation under yourstate's Uniform Transfers to Minors Act, or other beneficiary designations.

### CONTINGENT BENEFICIARY: (Print full names and relationships to the insured)

| Name | SSN/Tax ID | DOB | Address | Relationship | % | Trust Date, If Applicable |
|---|---|---|---|---|---|---|
| Judy A. Eubanks | ███████ 55 | ██ | 7932 8th Aveson SEA. WA 98106 | Daug. | 50% | |
| Diana Lynn Walker | ███████ ██ 58 | 1121 W Redwood 1 S'D Calif 92103 | Daug. | 50% | |

10
29
12

13
25

If more than one contingent beneficiary is named, use percentages to indicate how proceeds are to be paid.
If there are no percentages indicated, payment will be in equal shares to the surviving contingent beneficiary(s). If there are nosurviving contingent beneficiary(s) , then the proceeds will be paid to the executors, administrators, or assigns of the owner.

[  ]**DAY COMMON DISASTER CLAUSE IS REQUESTED**  ( M aximum of 30 days): If any beneficiary shall die simultaneously with the Insured or not be living on the _____ day following the death of the Insured, payment shall be made to the beneficiary(s) as if such beneficiary so dying had not survived the Insured.

*Schmidt v. Protective*
Protective 1113

**Protective Life Insurance Company**
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



www.protective.com/piocs

POLICY NO.:    PL0647591        INSURED'S NAME:    Robert L Eubanks

### SIGN HERE FOR CHANGE OF BENEFICIARY REQUEST(S)

Protective Life Insurance Company agrees that, if the policy requires endorsement or amendment for the requested   change of beneficiary, recording and mailing a copy of this form will constitute such endorsement or amendment.

Witness

Owner's Signature          Date 10/25/2012

Owner Current Address
1118 REDWOOD ST. SAN DIEGO CA. 92103

Owner Daytime Telephone
(619) 540 - 1927

Witness

Owner's Signature          Date

Owner Current Address

Owner Daytime Telephone

Protective Life Insurance Company has approved and recorded the change requested above on
_____.

_____                    _____
Registrar                                        Vice President

### SIGNATURE REQUIREMENTS

1. If the Policy is assigned, the Assignee does not have to sign.
2. If the Owner resides in a Community Property State, we recommend that the Owner's spouse **10**
join in signing this form. This is for the protection of both parties. **29**
3. If the Policy is owned by a partnership, association or company, this form should be signed **12**
by an officer other than the Insured.
4. If the Policy is owned by a corporation, this form must be signed by an officer other than the **13**
Insured and that signature must be attested by the Secretary of the corporation or two
officers should sign. If there is only one corporate officer, please advise us on this form.5. Signatures must be witnessed by a **25**
disinterested party of legal age.

Policy PL0647591 - Request for Change of Beneficiary - Page 2 of 2MUST ACCOMPANY PREVIOUS PAGES

*Schmidt v. Protective*
Protective 1114