# EXHIBIT 9

Protective Life Insurance Company
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



www.myaccount.protective.com

Last Notice of Payment Due

July 07, 2014

BOB EUBANKS PRODUCTIONS          1200
1118 W REDWOOD ST
SAN DIEGO CA 92103-6025

|  |  |
|---|---|
| Premium | $5,615.10 |

Your grace period has expired. Continuation of your insurance coverage is subject to the non-forfeiture or automatic premium loan options, if any.

If your policy has lapsed, you may reinstate without having to provide evidence of insurability if we receive your payment by 07/26/2014, during the insured's lifetime.

For questions or assistance, please call us toll free at 1-800-866-9933.

Note: Any check sent to the address below will be deposited but that deposit does not bind coverage.  We reserve the right to return premium received after the grace period.

1533

---

To Ensure Proper Credit, Please Return This Portion With Payment

☐ Please check box if your address is incorrect or has changed, and indicate change(s) on reverse side.

Insured:   ROBERT L EUBANKS
Payor:     BOB EUBANKS PRODUCTIONS

**Paying online is easy.**

BOB EUBANKS PRODUCTIONS
1118 W REDWOOD ST
SAN DIEGO CA 92103-6025

Make Check Payable To:
PROTECTIVE LIFE INSURANCE COMPANY
P. O. BOX 2224
BIRMINGHAM, AL  35246-0030

| Policy Number | PL0647591 |
|---|---|
| Due Date | 05/25/2014 |
| Billing Period | 1 month |

01101013418890576925210647591367142125005615109300561510 0

To send payment by express or overnight mail, please send to the address indicated below and include your policy number on the payment:

**2801 Hwy 280 S**
**Birmingham, AL 35223**

Please do not include correspondence with premium payments. The return address at the bottom of your notice is for amounts due only. Additional correspondence should be directed to the company at the address indicated below:

**P.O. BOX 12687**
**BIRMINGHAM, AL 35202-6687**

We ask that you include your policy number(s) on any such correspondence.

If you have any questions about your notice or wish to change the frequency of your payments, please call us at the Administrative Office at **1-800-866-9933.**

Please do not send cash through the mail. Any check given in payment of the amount due on the reverse side is accepted for collection only and will not operate as payment until the check has been honored by your bank.

The Company, by sending this notice, does not waive any premium in default nor any insurance provision governing (a) default in premium payment or (b) termination of the insurance.

To receive full benefit from your insurance protection, you should ensure that your coverage remains in force by making payments promptly when they become due. If a payment is not made within the grace period as described in the contract, your policy will terminate unless otherwise provided.

If an agent suggests that you discontinue or replace your contract, always (1) request a written replacement proposal (this is generally a requirement of your State Insurance Department) and (2) contact us so we can help you evaluate your insurance program.

**Indicate If Address Has Changed, Below:**

**Name** _____

**New Address** _____

**City** _____

**State** _____    **Zip** _____

**Email** _____

*Schmidt v. Protective*
Protective 1175