# EXHIBIT 10

Protective Life Insurance Company
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



www.protective.com/piocs

November 30, 2012

Bob Eubanks Productions
1118 W Redwood St
San Diego, CA 92103-6025

Re: Protective Life Insurance Company
Policy No: PL0647591
Insured: Robert L Eubanks
Owner: Bob Eubanks Productions

## ACKNOWLEDGEMENT OF POLICY CHANGE

Thank you for completing and submitting a request for a change to your policy.

**Type of Change:**

- Change of Beneficiary                                    Date Acknowledged: November 30, 2012

**Details**

| **Primary Beneficiary:** | **Percentage:** |
|---|---|
| Violet Eubanks | 100% |

| **Contingent Beneficiary:** | **Percentage:** |
|---|---|
| Judy A Eubanks | 50% |
| Diana Lynn Walker | 50% |

**Remarks:**

- This Change of Beneficiary replaces all previous beneficiary designations.

If you have any questions or need assistance, please contact your agent or our office.  Our toll-free number is 1-800-866-9933.  You may also reach us via fax at 205-268-3402 or e-mail at ladphs@protective.com.

Sincerely,

*Pam White*

Pam White
Team Trainer Specialist
Life and Health Insurance Administration
1-800-866-9933

CC: Michael Schwartz