# EXHIBIT 11

# SUBJECT TO REQUEST TO SEAL PERSUANT TO LOCAL RULE 141