# EXHIBIT 13

1 | Christopher Pitoun (SBN 290235)
2 | christopherp@hbsslaw.com
  | Abigail D. Pershing (SBN 346467)
3 | abigailp@hbsslaw.com
  | 301 North Lake Avenue, Suite 920
4 | Pasadena, CA 91101
  | Telephone: (213) 330-7150
5 |
6 | David S. Klevatt (admitted Pro Hac Vice)
  | dklevatt@insurancelawyer.com
7 | Timothy M. Howe (admitted Pro Hac Vice)
  | Tim@Chicagolaw.biz
8 | KLEVATT & ASSOCIATES, LLC
  | 77 W Wacker, Suite 4500
9 | Chicago, IL 60602-2619

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT, and JUDY VANN-EUBANKS on behalf of themselves and all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, and DOES 1 TO 50, inclusive,<br><br>Defendants. | No. 1:21-cv-01784-JLT-SAB<br><br>**JOINT STIPULATION RESOLVING DISCOVERY DISPUTE**<br><br>Hon. Jennifer L. Thurston<br><br>Hon. Stanley A. Boone<br><br>Complaint filed: 12/17/2021<br><br>First Amended Complaint filed: 9/28/22 |

06794867.3

- 1 -

JOINT STIPULATION RESOLVING DISCOVERY DISPUTE

**JOINT STIPULATION RESOLVING DISCOVERY DISPUTE**

Plaintiffs Janice Schmidt and Judy Vann-Eubanks ("Plaintiffs") and Defendant Protective Life Insurance Company ("Defendant") (together, the "Parties") hereby stipulate to the following terms in order to resolve an ongoing discovery dispute regarding Defendant's responses to Plaintiff Judy Vann-Eubanks's First Sets of Interrogatories and Requests for Production of Documents.

WHEREAS, on April 26, 2022, the Court bifurcated discovery in this matter between pre-certification discovery and merits discovery, (ECF No. 51);

WHEREAS, on May 3, 2022, Plaintiffs served pre-certification discovery on Defendant which includes, *inter alia*, requests to produce documents sufficient to show the identities and contact information of members of the proposed class and identities of the policyholders of policies within the proposed class, correspondence with the policyholders, and copies of the underlying policies, (*see* RFPs Nos. 4, 5, 6, 7; Interrogatories Nos. 3, 4, 5, 6) ("Requests");

WHEREAS, in response to the Requests, on December 9, 2022, Defendant produced a list of policies that were issued or delivered in California by Defendant as described by Defendant's January 23, 2023 Supplemental Discovery Responses to the Requests (the "Class List");

WHEREAS, as to the remaining Requests, Defendant lodged objections, including, without limitation, that these Requests are unduly burdensome, not proportional to the needs of the case, and would result in the disclosure of confidential personal information of nonparties;

WHEREAS, the Parties conducted numerous meet-and-confer meetings in an effort to resolve their disagreements regarding the Requests;

WHEREAS, as a result of these efforts, the Parties have reached the following compromise to resolve their dispute regarding the Requests as they concern pre-certification discovery:

- Defendant will use its best efforts to produce a random sample of 100 policy files ("Policy Files") from the Class List ("Random Sample") within 45 days after the Random Sample is selected;
- The Random Sample will be selected pursuant to a selection protocol previously agreed upon by the Parties;
- The Random Sample will include, for each selected Policy File, complete copies of each policy and all communications after January 1, 2013, with policy-owners, insureds, beneficiaries, or others regarding each policy;
- The Random Sample will exclude policies:
    a) issued after January 1, 2013;
    b) terminated in 2013 prior to the anniversary date of their issuance;
    c) with no Date of Death identified in the Class List;
    d) issued after the California Supreme Court ruling in *McHugh v. Protective Life*; and
    e) for which the insured died after the anniversary date of the policies' issuance in 2016 but before the anniversary date in 2017, (*see, e.g.*, Defendant's second supplemental response to Interrogatory No. 5, regarding notices sent in 2016);
- Defendant will produce exemplar policies that are representative of all life insurance policies in the Class List ("Exemplars");
- If Defendant seeks to use any policy information outside of the Random Sample, Exemplars or Plaintiff's own policy file in opposing class certification ("Additional Policy Information"), Defendant will produce all Additional Policy Information that it intends to rely on including those relied on by any potential expert twenty-one (21) days in advance of Plaintiffs filing their motion for class certification and Plaintiff reserves the right to seek additional information on any newly produced materials;

06794867.3

- 3 -

JOINT STIPULATION RESOLVING DISCOVERY DISPUTE

- For purposes of class certification, the Parties stipulate that:

    a) at least 40 policies on the Class List lapsed for non-payment of premium;

    b) the insureds on the Class List are deceased; and

    c) the class members on the Class List are geographically dispersed throughout California and the United States;

WHEREAS, all other rights and positions not specifically agreed to in this Joint Stipulation are reserved by the Parties.

WHEREAS, the foregoing stipulation shall not, unless otherwise expressly noted, impact the scope of merits discovery and the Parties' positions with respect thereto.

**IT IS SO AGREED.**

DATED: April 3, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Christopher R. Pitoun
Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
Abigail D. Pershing (SBN 346467)
abigailp@hbsslaw.com
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

David S. Klevatt (admitted Pro Hac Vice)
dklevatt@insurancelawyer.com
Timothy M. Howe (admitted Pro Hac Vice)
Tim@Chicagolaw.biz
KLEVATT & ASSOCIATES, LLC
77 W Wacker, Suite 4500
Chicago, IL 60602-2619
Telephone: (312) 782-9090

Joseph M. Vanek (admitted Pro Hac Vice)
jvanek@sperling-law.com
John P. Bjork (admitted Pro Hac Vice)
jbjork@sperling-law.com
Mitchell Macknin (admitted Pro Hac Vice)
mhmacknin@sperling-law.com
William M. Strom (admitted Pro Hac Vice)
wstrom@sperling-law.com
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3500
Chicago, IL 60603
Telephone: (312) 641-3200

Attorneys for Plaintiffs Judy Vann-Eubanks and Janice Schmidt

MAYNARD COOPER & GALE, P.C.

/s/ Katharine A. Weber
Katharine A. Weber (Pro Hac Vice)
kweber@maynardcooper.com
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
T: (205)-254-1000

Attorneys for Defendants Standard Insurance Company and Protective Life Insurance Company