# EXHIBIT 14

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (ECF NO. 46)