# EXHIBIT 15

Christopher R. Pitoun (SBN 290235)
*christopherp@hbsslaw.com*
Abigail D. Pershing (SBN 346467)
*abigailp@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150

David S. Klevatt (*pro hac vice*)
*dklevatt@insurancelawyer.com*
KLEVATT & ASSOCIATES, LLC
77 West Wacker Drive, Suite 4500
Chicago, IL 60601-1604
T: (312) 782-9090

*Attorney for Plaintiffs and Proposed Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT and JUDY A. VANN-EUBANKS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No. 1:21-cv-01784-JLT-CDB<br><br>**DECLARATION OF JUDY VANN-EUBANKS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL** |

I, Judy Vann-Eubanks, declare and state as follows:

1. I am a Plaintiff in this litigation and I submit this Declaration in support of Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Class Counsel. I offer this Declaration to describe my efforts so far in this case and demonstrate my continued commitment to prosecuting this matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. *Responded to written discovery*. I have responded comprehensively, with the assistance of counsel, to Defendant's written discovery requests on multiple occasions. Specifically, I made initial disclosures as required by Federal Rule of Procedure 26(a)(1), and I have responded to Defendant's interrogatories, which numbered 20 in total.

3. *Searched for and provided relevant documents*. I have also conducted multiple searches for responsive documents in coordination with my counsel in this matter. My extensive efforts to locate both physical and electronic documents was comprehensive and done in coordination with counsel.

4. Based on having thoroughly searched every physical location where I believe hard copies of documents might be and what I found conducting a search of all of my electronic accounts such as my email and electronic calendar, I have provided all documents responsive to Defendant's requests to my attorneys.

5. *Sat for deposition*. On June 28, 2023, I sat for my deposition in this matter. The deposition began at 9:05 a.m. Pacific Time and concluded at 12:38 p.m. Pacific Time.

6. *Maintained regular contact with attorneys*. I understand the allegations in this matter and authorized the filing of the action by my attorneys. I have maintained regular contact with my attorneys in this case since before the First Amended Complaint was filed on September 30, 2022. I routinely correspond with my attorneys via email, telephone, and Zoom regarding the case, my responsibilities as a proposed class representative, and developments in the litigation.

7. *Remain willing to testify at trial*. I understand that, by acting as a class representative, I might be called upon to testify at trial. I recognize that testifying at trial would require me to travel to Fresno, California, where the Court presiding over this matter sits. I have been and remain willing to testify at trial if necessary.

8. *Acted in the best interests of the class*. Throughout this litigation to date, I recognize that I have an ongoing duty to act in the best interests of the class. I will continue to act in the best interests of the class moving forward.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of August, 2023 in Seattle, Washington.

/s/ Judy Vann Eubanks
Judy Vann-Eubanks