# EXHIBIT 17

# KLEVATT & ASSOCIATES, LLC

## *DAVID S. KLEVATT.*

Mr. David Klevatt is a managing partner at Klevatt & Associates, LLC and has been practicing law for over 34 years. Mr. Klevatt has extensive experience in insurance coverage and commercial litigation, including in the class action context. With regard to class proceedings specifically, Mr. Klevatt has represented plaintiffs in disputes concerning insurance coverage and insurance brokerage matters. Mr. Klevatt was the attorney who first asserted that the California Statutes at issue were not being properly applied by the insurance industry to protect California consumers in the *Bentley* case in 2014.

Since 2000, Mr. Klevatt has been the managing partner of Klevatt & Associates, LLC with a practice focused on insurance counseling and coverage, business general counsel, litigation, trials and arbitration. Mr. Klevatt was also general counsel to Professional Life & Casualty Insurance Company of Chicago, Illinois from 2012 to 2019. Prior to that, Mr. Klevatt practiced at Lord, Bissell & Brook, Altheimer & Gray and Peterson & Ross in the areas of insurance and reinsurance coverage, litigation, business counseling and commercial litigation.

Mr. Klevatt is a current member and past chair of the *Chicago Bar Association*; Insurance Law Committee, Chair (2002 - 2003), Vice-Chair (2001 - 2002), Secretary (2000 - 2001), Legislative Committee Co-Chair (1998-2000), Newsletter Editor (1997-1998), the Class Action Committee, and CBA Mentoring Program.

A non-exhaustive list of representative class and non-class matters where Mr. Klevatt has represented plaintiffs is shown below.

- *Bentley v. United of Omaha Life Ins. Co.* 2:15-cv-07870-DMG-AJW (C.D. Cal.)(class insurance matter)(settled)
- *DOD Technologies, Individually and on Behalf of All Others Similarly Situated v. Mesirow*

*Insurance Services Inc.*, No. 1-06-3300 (Illinois First App. Dist.)(class insurance brokerage matter)(settled)

- *Schmidt and Eubanks v. Standard Ins. Co and Protective Life Ins*. Co., 1:21-cv-01784, JLT-SAB (E.D. Cal.) (class insurance matter)(active)

- *Barbara Linhart v. New York Life Ins. Co.*, 5:21-cv-01640-JWH-KK (C.D. Cal) (class insurance matter)(active)

- *Cheri Poe, on behalf of herself and others similarly situated v. Northwestern Mutual Life Insurance Company  8:21-cv-2065-SPG-E* (C.D. Cal)(class insurance matter)(active)

- *Jayson Palmer, et al. v. Primerica Life Ins. Co*. 21-cv-00914-AB-AF(C.D. Cal)(class insurance matter)(settled)

- *Barbara Linhart v. John Hancock Life Ins. Co.* 20-cv-02117 (C.D. Cal) )(class insurance matter)(active)

- *Pham v. Lincoln Benefit Life*, Case No. 2:23-at-00290 (E.D. Cal.)(class action insurance matter)(active); and

- JDS 1455, Inc. v. Society Insurance Company, Case No. 1:20-cv-02546 (N.D. Ill.)(class action insurance matter)(active).

Additional information regarding Mr. Klevatt's professional credentials and experience can be found at https://www.chicagolaw.biz/team/david-klevatt//