# EXHIBIT 18

# Joseph M. Vanek

Mr. Vanek has practiced in the field of commercial litigation for over 30 years, with a particular focus in the fields of antitrust, intellectual property and commercial litigation.

In the antitrust arena, Mr. Vanek focuses on both class and opt-out litigation for large corporate clients. He also has a broad commercial litigation practice with that focuses on complex commercial litigation, including both the prosecution and defense of matters that involve complex multi-district litigation.  During his career, he has embraced the opportunity to address new and challenging issues in emerging areas of the law, and has advised clients on a wide range of issues, including intellectual property, contract, constitutional, antitrust, unfair competition, defamation, insurance coverage, and non-compete obligations.

## Education

- J.D., Boston College Law School, cum laude, 1987
- B.A., Creighton University, magna cum laude, 1984

## Admissions

- State of Illinois
- Commonwealth of Massachusetts
- Supreme Court of the United States
- U.S. Court of Appeals for the District of Columbia, First, Second, Third, Fifth, Sixth, Seventh, Ninth and Federal Circuits
- U.S. District Courts: Northern and Central Districts of Illinois, Northern District of Ohio, Eastern District of Texas, Eastern District of Wisconsin, District of Columbia, and Western District of Michigan

## Awards and Recognition

- 500 Leading Litigators in America (Lawdragon, 2022) – Selected for Excellence and Leadership in the Legal Profession
- Honoree for the Antitrust Enforcement Award for Outstanding Antitrust Achievement in Private Law Practice (American Antitrust Institute, 2022)

## Representative Cases

- *Bentley v. United of Omaha Life Insurance Company, 2:15-cv-07870-DMG-AJW* (Co-lead class counsel in class action insurance claim.  Summary Judgment entered in favor of the class)

- *In re: BCBS Litigation, 2:21-cv-0120 (N.D. AL)* (Representing group of opt-out self funded insurance plans, which include over one million covered lives)

- *Cameron, et. al. v. Apple, 4:19-cv-03074-YGR (TSH)* (Favorably resolved developer class challenging Apple's refusal to allow alternative payment systems for in app services.)

- *In re Google Play Store Antitrust Litigation, 3:21-md-02981-JD (N.D. Cal.)* (Favorably resolved a putative developer class challenging Apple's refusal to allow alternative payment systems for in (app services.)

- *Bookends & Beginnings v. Amazon, et. al., 1:21-cv-02584-GHW-DCF (S.D. NY)* (Representing a putative class of print book distributors challenging publishers agreement to restrict discounting outside of the Amazon platform)

- *In Re Amazon.com, Inc. eBook Antitrust Litigation, 1:21-cv-00351-GHW-DCF* (Representing a putative class of print book distributors challenging publishers agreement to restrict discounting outside of the Amazon platform)

- *Left Field Holdings v Google, 3:22-cv-01462-VC (N.D. CA)* (Representing a putative class of restaurant owners whose tradenames have been used by Google to divert food orders)

- *In re Glumetza Antitrust Litigation, 19-cv-05822-WHA (N.D. CA)*(Co-lead counsel) (settled)

- *In re: Skelaxin (Metaxalone) Antitrust Litigation*,1:12-md-2343, (E.D. TN) (pharmaceutical antitrust matter) (settled);

- *King Drug Company of Florence, Inc., et al. v. Cephalon, Inc., et al.*, No. 06-cv-1797 (E.D. Pa.) (pharmaceutical antitrust matter) (settled);

- *Mylan Pharmaceuticals Inc. v. Warner Chilcott Public Limited Company, et al.*, No. 23-3824 (E.D. Pa.) (pharmaceutical antitrust matter) (settled);

- *Meijer, Inc. v. Abbott Laboratories*, No. 07-5985 (N.D. Cal) (pharmaceutical antitrust matter) (settled);

- *In re Tricor Indirect Purchasers Antitrust Litig.*, No. 05-cv-0340 (D. Del.) (pharmaceutical antitrust matter) (settled);

- *In re Brand Name Prescription Drug Antitrust Litig.*, 94 C 897 (N.D. Ill.);

- *In re Asacol Antitrust Litig.*, No. 1:15-cv-12730 (D. Mass) (pharmaceutical antitrust matter) (settled);

- *In re: Suboxone and. Nalaxone Antitrust Litig.*, No. 13-MD-2445 (E.D Pa.) (active);

- *In re Androgel Antitrust Litig.*, No. 1:09 –md-2084 (N.D. Ga.) (pharmaceutical matter) (active);

- *In re: Optical Disk Drive Antitrust Litigation*, No. 3:10-md-2143 (N.D. Cal.) (electronics antitrust matter) (settled);

- *Piggly Wiggly Midwest LLC v. National Milk Producers Federation*, No. 3:13-cv-00454 (S.D. Ill.) (agricultural antitrust matter) (settled);

- *In re Scouring Pads Antitrust Litigation*, No. 93 C 6594 (N.D. Ill.) (consumer scouring product antitrust matter) (settled); and

- *In re Vitamin Litigation*, No. MDL 1285 (D.D.C.) (consumer vitamin product antitrust matter) (settled).