# EXHIBIT 19



**PROTECTIVE LIFE INSURANCE COMPANY / P. O. BOX 2606 / BIRMINGHAM, ALABAMA 35202**
**A STOCK COMPANY**

### LIFE INSURANCE POLICY

INS.NAME.C

Policy Number

The Company will, subject to the terms of this policy, pay the Death Benefit (see the Death Benefit Section of this Policy) to the Beneficiary after receipt at its Home Office of due proof of the Insured's death before the Expiry Date while this policy is in force. The terms of this policy are contained on this and the following pages.

**THE OWNER HAS A RIGHT TO RETURN THIS CONTRACT.** This policy may, at any time within twenty days after receipt by the Owner, be returned to our Home Office or to the agent who sold the policy. If returned, the policy will be as though it had never been issued. The Company will promptly refund any premiums paid.

President

Secretary

### TERM LIFE INSURANCE POLICY
Term to Age 96 Coverage Period
Premiums Increase After Initial Premium Period
Death Benefit Payable If The Insured Dies Before The Expiry Date
Premiums Payable During Lifetime of Insured Until Expiry Date
NON-DIVIDEND PAYING

This Policy Is A Legal Contract Between The Owner And The Company
## READ THIS POLICY CAREFULLY

TL-06 8-98

DEPOSITION
EXHIBIT
**PX14**
06/20/2023

Page 1

*Schmidt v. Protective*
Protective 1176

INDEX

POLICY SCHEDULE . . . . . . . . . . . . . . . . . . . . . . . . 3
THE BASICS OF THIS POLICY . . . . . . . . . . . . . . . . . . . 4
    The Parties Involved . . . . . . . . . . . . . . . . . . . . 4
    Date of Issue . . . . . . . . . . . . . . . . . . . . . . . 4
    Policy Year, Age At Issue, Age . . . . . . . . . . . . . . . 4
    Policy A Legal Contract . . . . . . . . . . . . . . . . . . 4
    Non-Dividend Paying . . . . . . . . . . . . . . . . . . . . 5
    Representations and Contestability . . . . . . . . . . . . . 5
    Misstatement of Age or Sex . . . . . . . . . . . . . . . . . 5
    Termination . . . . . . . . . . . . . . . . . . . . . . . . 5
POLICY OWNERSHIP . . . . . . . . . . . . . . . . . . . . . . . . 5
    Rights of Owner . . . . . . . . . . . . . . . . . . . . . . 5
    Ownership Successor . . . . . . . . . . . . . . . . . . . . 5
    Assigning This Policy . . . . . . . . . . . . . . . . . . . 5
    Changing the Owner or Beneficiary . . . . . . . . . . . . . 5
PREMIUM PAYMENTS . . . . . . . . . . . . . . . . . . . . . . . . 6
    Premium Payments, Premium Due Dates . . . . . . . . . . . . 6
    Frequency of Premium Payments . . . . . . . . . . . . . . . 6
    Grace Period . . . . . . . . . . . . . . . . . . . . . . . 6
    Where to Pay Premiums . . . . . . . . . . . . . . . . . . . 6
THE DEATH BENEFIT . . . . . . . . . . . . . . . . . . . . . . . 6
    Suicide Exclusion . . . . . . . . . . . . . . . . . . . . . 6
    Reinstating This Policy After Termination
    At The End of The Grace Period . . . . . . . . . . . . . . . 7
CHANGE OF PLAN . . . . . . . . . . . . . . . . . . . . . . . . . 7
CONDITIONAL EXCHANGE OPTION . . . . . . . . . . . . . . . . . . 7
PAYMENT OPTIONS . . . . . . . . . . . . . . . . . . . . . . . . 8

*Schmidt v. Protective*
Protective 1177

## THE BASICS OF THIS POLICY

**The Parties Involved.**   In this policy, the words "the Company", "it", and "its" refer to Protective Life Insurance Company.

The Owner is the person who owns this policy, as shown on the Company's records.

The Insured is the person whose life this policy insures. The Insured is the Owner of this policy unless someone else is named as Owner in the Policy Schedule, an endorsement, or an amendment to the application.

A beneficiary is any person named by the Owner in the Company's records to receive the insurance proceeds after the Insured dies. The Beneficiary the Owner named in the application will receive the proceeds unless changed. There may be different classes of Beneficiaries such as primary and contingent. These classes set the order of payment of death benefit proceeds. If a primary Beneficiary is not alive at the death of the Insured, the Company will pay the contingent Beneficiary. If the Owner does not name a contingent Beneficiary, or if the contingent Beneficiary is not alive, the Company will pay the Owner, or anyone to whom the Owner has assigned his/her rights in this policy. There may be more than one Beneficiary in a class. If the Owner names more than one person in a class of Beneficiaries, and one or more of the class die, the living will share equally unless the Owner directed otherwise.

Any Beneficiary may be named an Irrevocable Beneficiary. An Irrevocable Beneficiary is one whose consent is needed to change the Beneficiary. Also, this Beneficiary must consent to the exercise of certain other rights.

If a Partnership has any rights under this policy, such right shall belong to the Partnership as it exists when the right is exercised.

**Date of Issue.**   The Date of Issue shown in the Policy Schedule is used as the start of the suicide exclusion and contestability periods. Contestability is discussed below. See "The Death Benefit" for a discussion of the suicide exclusion period. The Date of Issue is also used to determine premium due dates and Policy Anniversary dates.

**Policy Year, Age At Issue, Age.**   A Policy Year is the period from one Policy Anniversary Date to the day before the next Policy Anniversary Date. The first Policy Year is the period from the Date of Issue to the day before the First Policy Anniversary Date.

The Age at Issue is the Insured's age at the nearest birthday to the Date of Issue. At any later date, Age means the Age at Issue increased by the number of years from the Date of Issue. If this policy or any rider uses an Age, like Age 65, it means the Anniversary of the Date of Issue which is nearest to that birthday, like the 65th birthday.

**Policy A Legal Contract.**   This policy is a legal contract between the Owner and the Company. The entire contract consists of the application (and any supplemental applications) and the policy, which includes any attached riders. Any application for reinstatement becomes a part of this policy if the reinstatement is approved by the Company. The Company has issued this policy in return for the application and the payment of premiums. Any change or waiver of its terms must be in writing and signed by the Company's President, a Vice President, Secretary or an Assistant Secretary to be effective. This includes any change in the amount of premiums or when a premium must be paid.

**Non-Dividend Paying.**   This policy does not pay dividends and does not share in the Company's surplus or profits.

*Schmidt v. Protective*
Protective 1178

**Representations and Contestability.** In issuing this policy, the Company relies on all statements made by or for the Insured in the application. Legally, these statements are considered to be representations and not warranties, unless fraud is involved. The Company can contest the validity of this policy or resist a claim for any material misrepresentation of a fact. To do so, however, the misrepresentation must have been made in the application, or in a supplemental application. Also, a copy of such application must have been attached to this policy when issued or delivered or made a part of the policy when changes in coverage became effective.

The Company cannot bring any legal action to contest the validity of this policy after it has been in force during the lifetime of the Insured for two years from the Date of Issue, except for failure to pay premiums, unless fraud is involved.

If there was a rider or endorsement added to this policy after the Date of Issue, or benefits added by supplemental policy schedule, the Company cannot contest the validity of any benefits so added after the benefits have been in force during the lifetime of the Insured for two years from the effective date of the addition of the benefits. The Company cannot contest the validity of any reinstated benefits after the reinstated benefits have been in force during the lifetime of the Insured for two years from the date the reinstatement application is approved.

**Misstatement of Age or Sex.** Questions in the application concern the Insured's date of birth and sex. If the date of birth or sex given is not correct, all benefits and amounts payable under this policy will be what the premiums paid would have bought if the correct date of birth or sex had been given.

**Termination.** All coverage under this policy will terminate when any one of the following events occurs:

(1) The policy reaches its Expiry Date.
(2) The Owner requests that coverage terminate. Such written request will require the return of this policy.
(3) The Insured dies.
(4) The Grace Period ends and the required premium has not been paid.

## POLICY OWNERSHIP

**Rights of Owner.** While the Insured is living, the Owner may exercise all rights given by this policy or allowed by the Company. These rights include assigning this policy, changing Beneficiaries, changing ownership, enjoying all policy benefits and exercising all policy provisions.

The consent of any Irrevocable Beneficiary is needed to exercise any policy right except the right to change the frequency or form of premium payments, or the right to reinstate this policy after termination at the end of the grace period.

**Ownership Successor.** The Owner may name a Contingent Owner by giving the Company satisfactory written notice. The Contingent Owner will become the owner if the Owner dies. If there is no Contingent Owner when the Owner dies, the Owner's estate will become the owner.

**Assigning This Policy.** This policy may be assigned. However, for any assignment to be binding on the Company, the Company must receive a signed copy of the assignment at the Company's Home Office. The Company will not be responsible for the legal effects, validity or sufficiency of any assignment.

Once the Company receives a signed copy, the Owner's rights and the interest of any Beneficiary (other than an Irrevocable Beneficiary the Owner named before the assignment) or any other person will be subject to the assignment.

**Changing the Owner or Beneficiary.** The Owner may change the Owner or any Beneficiary during the Insured's lifetime. To make a change, the Company must receive a written request satisfactory to the Company at its Home Office. Any such change will take effect as of the date the request is signed, even if the Insured dies before the Company receives it. Each change will be subject to any payment the Company made or any other action it took before receiving the request.

Schmidt v. Protective
Protective 1179

## PREMIUM PAYMENTS

Premiums are the payments needed to keep this policy in force. The premiums for this policy are shown in the Policy Schedule. These terms may be added to by rider.

**Premium Payments, Premium Due Dates.** Premiums are payable in advance for the period shown in the Schedule of Benefits and Premiums. No premiums are due after the death of the Insured. The first premium is due on the Date of Issue. After that, each premium is due when the period covered by the preceding premium ends. These premiums are due on the same day of the month as the day shown in the Date of Issue.

**Frequency of Premium Payments.** Premiums may be paid annually, semi-annually, quarterly, or by Pre-Authorized check as shown in the Policy Schedule. Under the Pre-Authorized check mode of payment, each month the Company will automatically issue and deposit pre-authorized claims for collection from the Owner's account or initiate an electronic debit to the Owner's account. The frequency of payments may be changed in advance by written request. The Owner may not make a change that results in a premium of less than $10. The Owner may not make a change while premiums are being waived on account of a "waiver of premium" benefit.

The premiums payable on any mode of premium other than annual for policy years after the first will be computed on the same basis as the same modal premium for the first year shown in the Policy Schedule.

**Grace Period.** After the first premium has been paid, a 31-day grace period is allowed to pay each following premium. This means that each premium after the first can be paid within 31 days after its due date. During this grace period the policy remains in force. If a premium is not paid by the end of this grace period, the policy will terminate as of the premium due date.

**Where to Pay Premiums.** Each premium after the first one is payable at the Company's Home Office. Upon written request, a receipt signed by the Company's President or Secretary will be given for any premium payment.

## THE DEATH BENEFIT

In this Part, the Death Benefit is discussed. The Death Benefit is the amount of money the Company will pay after receipt at its Home Office of due proof of the Insured's death, before the Expiry Date and while this policy is in force. The Death Benefit is the Face Amount (as shown in the Policy Schedule) with these additions and deductions.

The Company adds:
    Any premium paid by the Owner for a period beyond the policy month of death.
    Any death benefits from riders.
The Company deducts:
    Any unpaid premium at the date of death.

**Suicide Exclusion.** If the Insured commits suicide, while sane or insane, within two years from the Date of Issue, and while this policy is in force, the Company will pay a limited death benefit in one sum to the Beneficiary. The limited death benefit will be the amount of premiums paid for this policy.

## REINSTATING THIS POLICY AFTER TERMINATION AT THE END OF THE GRACE PERIOD

**Requirements.** After this policy has terminated at the end of the Grace Period, it may be reinstated - that is, put back in force. Reinstatement must be made within five years after the end of the Grace Period, before the Expiry Date and during the Insured's lifetime. Further requirements depend on when this policy is reinstated.

    Prompt Reinstatement - This is reinstatement within 31 days after the end of the grace period. Evidence of insurability is not required. All overdue premiums must be paid.

    Later Reinstatement - This is reinstatement more than 31 days after the end of the grace period. Evidence of insurability satisfactory to the Company is required. All overdue premiums must be paid with interest from their due dates to the date of reinstatement. Interest will be at an annual rate of 6% and will be compounded annually.

Schmidt v. Protective
Protective 1180

## CHANGE OF PLAN

During the change of plan period shown in the Policy Schedule and prior to Age 75, this policy may be changed without evidence of insurability to a plan of level premium whole life insurance, subject to the following terms:

1. The new policy will provide an amount of insurance not greater than the Face Amount of this policy. A plan of level premium whole life insurance offered by the Company on the date of change may be chosen by the Owner, subject to the Company's published minimum for the plan selected. At least one plan will be offered if change of plan for the Face Amount of this policy is requested.
2. The Date of Issue of the new policy will be the date of change. The new policy will be modified to show that the contestable period will be measured from the Date of Issue of this policy.
3. The premium for the new policy will be at the Company's published rate for the plan chosen at the time the change is made. The Insured's Age on the date of change will be used to fix this rate.
4. The new policy will be in the Premium Class which in the Company's judgment most closely corresponds to the Premium Class of this policy, based on the Company's underwriting rules in effect on the date this policy was issued and on the Date of Issue of the new policy.
5. Any rider which provides a waiver of premium disability benefit may be included in the new policy only if the Insured is then insurable by the Company's standards. Any other rider may be continued only as provided by the rider.

## CONDITIONAL EXCHANGE OPTION

This policy may be exchanged for a new policy on the life of the Insured. The exchange can only be made at the end of the Initial Premium Period shown in the Policy Schedule and prior to Age 70 of the Insured.  The policy anniversary will be the date of exchange.

The exchange is subject to the following terms:

1. Written request must be made to the Company within 60 days before or after the proposed date of exchange.
2. Premiums for this policy must be paid to the date of exchange.
3. The exchange is subject to evidence of insurability of the Insured satisfactory to the Company. Upon receipt of a request to exchange this policy, the Company will inform the Owner of the evidence of insurability required. The evidence of insurability which the Company requires for a first request for exchange of this policy, will be paid for by the Company whether the request is approved or denied. If the first request is denied, the Company will also pay for the evidence of insurability which it requires for a later request, but only if such request is approved.
4. The Date of Issue of the new policy will be the date of exchange.
5. Premiums for the new policy will be based on the Insured's Age at the date of exchange.
6. The new policy will be of a similar plan of insurance as this policy.
7. The Face Amount of the new policy cannot exceed the Face Amount of this policy.
8. The premiums for the new policy will be no greater than the published premiums for the plan of insurance of the new policy on the Date of Issue of the new policy for the Insured's Age on the date of exchange. The new policy will include a new Policy Schedule showing the new premiums.
9. The terms as to contestability and suicide limitations will start anew in the new policy, but only to the extent that the Face Amount of the new policy would exceed the amount that could have been provided under this policy if the premiums paid for the new policy had been applied to premium payments due on this policy.
10. Any rider attached to this policy may be continued in the new policy subject to the terms of the rider. Any terms of the rider providing for automatic termination of the rider solely because of the termination of this policy will not apply.

Schmidt v. Protective
Protective 1181

11. The new policy will not become effective unless and until the full first premium is paid to the Company, and the new policy is delivered to the owner during the lifetime and continued insurability (as stated in the request for exchange) of the Insured.

12. Until the new policy becomes effective, this policy will continue in force subject to its terms. This policy will automatically terminate when the new policy becomes effective. In no event will the Company provide insurance under both this policy and a new policy at the same time.

## PAYMENT OPTIONS

These are Optional Methods of Settlement. They provide alternate ways in which payment can be made.

**Availability of Options.**  Upon written request, all or part of the death benefit may be applied under any payment option. If this policy is assigned, either before or after the choice of an option, any amount due to the assignee will be paid in one sum. The balance, if any, may be applied under any payment option.

**Minimum Amounts.**  If the amount to be applied under any option for any one person is less than $5,000, the Company may pay that amount in one sum instead. If the payments under any option come to less than $50 each, the Company has the right to make payments at less frequent intervals.

**Electing A Payment Option.**  To elect any option, the Company requires that a written request, satisfactory to it, be received at its Home Office. The Owner may elect an option during the Insured's lifetime. If the death benefit is payable in one sum when the Insured dies, the Beneficiary may elect an option with the Company's consent.

Options for any amount payable to an association, corporation, partnership or fiduciary are available only with the Company's consent.

**Effective Date and Payment Dates.**  The effective date of an option is the date the amount is applied under that option. For a death benefit, this is the date that due proof of the Insured's death is received at the Company's Home Office.

The first payment is due on the effective date. A later date for the first payment may be requested in the payment option election. All payment dates will fall on the same day of the month as the first one. No payment will become due until a payment date. No part payment will be made for any period shorter than the time between payment dates.

**Income Protection.**  To the extent permitted by law, each option payment and any withdrawal shall be free from legal process and the claim of any creditor of the person entitled to them. No option payment and no amount held under an option can be taken or assigned in advance of its payment date, unless the Owner consents in writing before the Insured dies. This consent mustbe received at the Company's Home Office.

**Description of Options.**  The Company's payment options are described below. Any other payment option agreed to by the Company may be elected. The payment options are described in terms of monthly payments.

**Option 1 – Payment For A Fixed Period.**  Equal monthly payments will be made for any period selected up to 30 years. The amount of each payment depends on the total amount applied, the period selected and the monthly payment rates the Company is using when the first payment is due. The rate of any payment for each $1,000 of proceeds applied will not be less than shown in the Option 1 Table.  The payments shown in this table are based on an interest rate of 3% per year.

TL-06 8-98

*Schmidt v. Protective*
Protective 1182

Option 1 Table
Minimum Monthly Payment Rates for Each $1,000 Applied

| Years | Monthly Payment | Years | Monthly Payment | Years | Monthly Payment |
|---|---|---|---|---|---|
| 1 | $84.47 | 11 | $ 8.86 | 21 | $ 5.32 |
| 2 | 42.86 | 12 | 8.24 | 22 | 5.15 |
| 3 | 28.99 | 13 | 7.71 | 23 | 4.99 |
| 4 | 22.06 | 14 | 7.26 | 24 | 4.84 |
| 5 | 17.91 | 15 | 6.87 | 25 | 4.71 |
| 6 | 15.14 | 16 | 6.53 | 26 | 4.59 |
| 7 | 13.16 | 17 | 6.23 | 27 | 4.47 |
| 8 | 11.68 | 18 | 5.96 | 28 | 4.37 |
| 9 | 10.53 | 19 | 5.73 | 29 | 4.27 |
| 10 | 9.61 | 20 | 5.51 | 30 | 4.18 |

**Option 2 -- Life Income with Payments for a Guaranteed Period.** Equal monthly payments are based on the life of the named person. Payments will continue for the lifetime of that person with payments guaranteed for 10 or 20 years. Payments stop at the end of the selected guaranteed period or when the named person dies, whichever is later.

The Option 2 Table shows the minimum monthly payment for each $1,000 applied. The actual payments will be based on the monthly payment rates the Company is using when the first payment is due. They will not be less than shown in the Table, which is based on the 1983 Individual Annuity Mortality Table A projected 13 years with interest at 3% per annum. One year will be deducted from the Attained Age of the named person for every completed three years beyond the year 1996. The Age of the payee is the age at the birthday nearest to the effective date of the Option.

OPTION 2 TABLE

| Age of Payee | Male Guaranteed Period 10 Yrs | 20 Yrs | Female Guaranteed Period 10 Yrs | 20 Yrs | Age of Payee | Male Guaranteed Period 10 Yrs | 20 Yrs | Female Guaranteed Period 10 Yrs | 20 Yrs |
|---|---|---|---|---|---|---|---|---|---|
| 0-30 | 3.08 | 3.07 | 2.95 | 2.95 | 56 | 4.33 | 4.16 | 3.93 | 3.86 |
| 31 | 3.10 | 3.09 | 2.97 | 2.96 | 57 | 4.42 | 4.22 | 4.00 | 3.92 |
| 32 | 3.13 | 3.12 | 2.99 | 2.98 | 58 | 4.51 | 4.29 | 4.08 | 3.98 |
| 33 | 3.16 | 3.15 | 3.01 | 3.00 | 59 | 4.61 | 4.36 | 4.16 | 4.04 |
| 34 | 3.19 | 3.17 | 3.03 | 3.03 | 60 | 4.71 | 4.43 | 4.24 | 4.11 |
| 35 | 3.22 | 3.20 | 3.06 | 3.05 | 61 | 4.82 | 4.49 | 4.33 | 4.18 |
| 36 | 3.25 | 3.23 | 3.08 | 3.07 | 62 | 4.94 | 4.57 | 4.42 | 4.25 |
| 37 | 3.28 | 3.26 | 3.11 | 3.10 | 63 | 5.06 | 4.64 | 4.52 | 4.32 |
| 38 | 3.32 | 3.29 | 3.13 | 3.12 | 64 | 5.19 | 4.71 | 4.63 | 4.40 |
| 39 | 3.35 | 3.33 | 3.16 | 3.15 | 65 | 5.32 | 4.77 | 4.74 | 4.47 |
| 40 | 3.39 | 3.36 | 3.19 | 3.18 | 66 | 5.46 | 4.84 | 4.86 | 4.55 |
| 41 | 3.43 | 3.40 | 3.22 | 3.21 | 67 | 5.61 | 4.91 | 4.98 | 4.63 |
| 42 | 3.48 | 3.44 | 3.25 | 3.24 | 68 | 5.76 | 4.97 | 5.12 | 4.70 |
| 43 | 3.52 | 3.48 | 3.29 | 3.27 | 69 | 5.91 | 5.03 | 5.26 | 4.78 |
| 44 | 3.57 | 3.52 | 3.32 | 3.31 | 70 | 6.08 | 5.09 | 5.41 | 4.86 |
| 45 | 3.61 | 3.56 | 3.36 | 3.34 | 71 | 6.25 | 5.15 | 5.56 | 4.93 |
| 46 | 3.67 | 3.61 | 3.40 | 3.38 | 72 | 6.42 | 5.20 | 5.73 | 5.00 |
| 47 | 3.72 | 3.66 | 3.44 | 3.42 | 73 | 6.59 | 5.24 | 5.90 | 5.06 |
| 48 | 3.77 | 3.70 | 3.49 | 3.48 | 74 | 6.77 | 5.29 | 6.08 | 5.13 |
| 49 | 3.83 | 3.75 | 3.53 | 3.50 | 75 | 6.96 | 5.33 | 6.27 | 5.18 |
| 50 | 3.89 | 3.81 | 3.58 | 3.55 | 76 | 7.14 | 5.36 | 6.46 | 5.23 |
| 51 | 3.96 | 3.86 | 3.63 | 3.59 | 77 | 7.32 | 5.39 | 6.66 | 5.28 |
| 52 | 4.02 | 3.92 | 3.69 | 3.64 | 78 | 7.51 | 5.42 | 6.87 | 5.32 |
| 53 | 4.10 | 3.97 | 3.74 | 3.69 | 79 | 7.69 | 5.44 | 7.08 | 5.36 |
| 54 | 4.17 | 4.03 | 3.80 | 3.74 | 80 & Over | 7.87 | 5.46 | 7.29 | 5.39 |
| 55 | 4.25 | 4.10 | 3.87 | 3.80 | | | | | |

*Schmidt v. Protective*
Protective 1183

**Option 3 – Interest Income.** The Company will hold any amount applied under this option. Interest on the unpaid balance will be paid each month at a rate determined by the Company. This rate will be not less than the equivalent of 3% per year.

**Option 4 – Payments of a Fixed Amount.** Each monthly payment will be for an agreed fixed amount. The amount of each payment may not be less than $10 for each $1,000 applied. Interest will be credited each month on the unpaid balance and added to it. This interest will be at a rate set by the Company, but not less than the equivalent of 3% per year. Payments continue until the amount the Company holds runs out. The last payment will be for the balance only.

**Death of Payee.** If the payee dies while there are any unpaid installments under Option 1 or before the end of the guaranteed period under Option 2, the Company will pay the commuted value of the remaining payments in a lump sum. The commuted value or any balance held under Option 3 or Option 4 will be paid to the payee's executors or administrators unless the written election of the Option directed the Company differently. Any commuted value will be calculated using 3% interest per year.

**Excess Interest.** The Company may declare excess interest to be payable. If it does, the excess interest will be paid to the payee at each anniversary of the effective date. No excess interest will be payable under Option 2 after the end of the guaranteed period.

*Schmidt v. Protective*
Protective 1184

THIS PAGE INTENTIONALLY LEFT BLANK

TL-06 8-98

*Schmidt v. Protective*
Protective 1185