# EXHIBIT 20

Unreported Death Match Initial Verification

**Date of Search completed by OffShore (Notify Date):** 3/17/2022

--Date of Proof will be when Claims confirms this finding or date Death Cert. received based on face amount rules. See Bene Search Template.

**Policy No:** PL0647591

**Insured Name:** ROBERT L EUBANKS

**Confirmed Search Results in these sites:** Accurint, Family Search & Find A Grave

**No match on these sites:** Click here to enter text.

**Search result (Death Confirmed, Not our Insured, Insured Not Deceased, Unable to Validate):** Death Confirmed

**If Death Confirmed, list Date of Death:** 8/1/2014

**Search Rep ID:** P080207

1. **UDC (open item and show at least the Name, DOB and SSN):**

**Comment on finding:** UDC Policy details

**Image:**

Click here to enter text.

Schmidt v. Protective
Protective 1128

2. Admin System client detail (show insured/annuitant name, SSN, and DOB):

Comment on finding:

Image:

Nextgen insured details- No records

Schmidt v. Protective
Protective 1129

3. Application from Imaging system (AppX or AWD) (detail client screen to minimize display of unrelated information):

Comment on finding: Click here to enter text.

Image:

Names-

```
4/99   Application for Life Insurance    PROTECTIVE LIFE INSURANCE COMPANY
                        (VIOLET)         P. O. Box 830619
       Protective Policy Change To Policy   Birmingham, AL 35283-0619           PL0647591
       X New Policy
1. Proposed Insured                      Sex   Marital Status  Birth Date   Birthplace      Social Sec. No.
   Robert L. Eubanks                      M    Married                      Bo 2nd.
   Home Address (Number, Street, City, State, Zip)        91910   Home Phone No.   Driver's License No.
   231 Cedar Ave., Chula Vista, CA       (619) 631-6833
   Employer's Name and Address                              Occupation           Work Phone No.
   Teacher   SVHS  +  Music Production   Pianist           ( )
2. Spouse's Name (if to be insured)   Birth Date   Birthplace   Social Security No.   Driv. Lic No.   Occupation

3. Owner's Name and Address (if other than Proposed Insured)  Relationship   Home Phone No.   S. Sec. or Tax ID No.
   Bob Eubanks Protections
4. Dependent Children (Complete only if coverage on children living in same household as Proposed Insured is desired.)
                   Name(s)              Sex    Age    Birth Date    Birthplace        Height   Weight


5. Primary Beneficiary (Show Relationship &  Share Below)   Contingent Beneficiary  (Relationship & % Share)
   X Proposed Insured   Violet M.                           ESTATE
   X Spouse
6. Plan of Insurance                Face Amount    a  Universal Life Death Benefit Option   Level   Increasing
   PT-15  PNT     $100,070            Maturity Age if other than 95   APL Desired?  Yes  No
```

Schmidt v. Protective
Protective 1130

4. ACCURINT (detail client screen to minimize display of unrelated information):

Comment on finding: Death Confirmed - Accurint search with Name and DOB of the PI mentioned in the application doc. In Accurint and other sites we are getting death results hence considering our PI as Deceased.

Image:

Names - ROBERT L EUBANK BOB EUBANKS ROBERT EUBANKS ROBERT L EUBANKS ROBERT LEE EUBANKS RORBERT L EUBANKS Gender - Male 1118 W REDWOOD STSAN DIEGO, CA 92103-6025 SSN(s) - ██████ LexID - 762718701 DOB/Age - ██████ 1930 DOD/Age At Death - 08/01/2014 (83) Dates - Jun 2011 - Feb 2022



5. Other Sites Name: Family Search

**Comment on finding:** Death Confirmed

**Image:**

Click here to enter text.



6. Other Sites Name: Find A Grave

Comment on finding: Death Confirmed

Image:



Schmidt v. Protective
Protective 1133