UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT and JUDY A. VANN-EUBANKS, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>   v.<br><br>STANDARD INSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, and DOES 1 TO 50, inclusive,<br><br>                              Defendants. | Case No. 1:21-cv-01784-JLT-CDB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JUDY VANN-EUBANKS'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL** |

**[PROPOSED] ORDER**

On August 14, 2023, Plaintiff, Judy Vann-Eubanks, filed a motion with this Court to certify the following putative class in this matter:

> All beneficiaries who made a claim, or would have been eligible to make a claim, for the payment of benefits on term life insurance policies issued, or delivered by Protective Life in the State of California that lapsed or were terminated by Protective Life for the non-payment of premium after January 1, 2013, and as to which policies one or more of the notices described by Section 10113.72(a) and (b) of the California Insurance Code were not sent by Protective Life prior to lapse or termination.

In the same motion, Plaintiff also moved the Court to appoint Plaintiff as class representative and to appoint Christopher R. Pitoun of Hagens Berman Sobol Shapiro LLP, David S. Klevatt of Klevatt & Associates, LLC, and Joseph M. Vanek of Sperling & Slater, LLC, as lead class counsel.

a) The Class as defined in Plaintiff's Motion for Class Certification satisfies the requirements of Rule 23(a) and (b)(3) and is certified as requested by Plaintiff;

b) Plaintiff Judy Vann-Eubanks is appointed Class Representative; and

c) Christopher R. Pitoun of Hagens Berman Sobol Shapiro LLP, David S. Klevatt of Klevatt & Associates, LLC, and Joseph M. Vanek of Sperling & Slater, LLC, are appointed as lead class counsel.

**IT IS SO ORDERED**.

Dated: _____, 2023

Hon. Christopher D. Baker
United States Magistrate Judge