UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT and JUDY A. VANN-EUBANKS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No. 1:21-cv-01784-JLT-CDB<br><br>ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL<br><br>(Doc. 68)<br><br>ORDER DIRECTING PLAINTIFFS TO FILE REDACTED VERSION OF SEALED DOCUMENT |

Pending before the Court is Plaintiffs' renewed notice and request to seal a document, filed (Doc. 68) and emailed to the undersigned's chambers on August 18, 2023, described as Exhibit 14 to the Declaration of Christopher R. Pitoun in Support of Plaintiff's Motion for Class Certification, Appointment of Class Representative and Class Counsel (the "Barrett Report").

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Plaintiffs' Notice and Request, sealing the Barrett Report serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Plaintiffs would be harmed. In light of Plaintiffs' agreement to the public filing of a redacted version of the Barrett Report, the Court further finds that there are no additional alternatives to sealing the

document that would adequately protect the compelling interests identified by Plaintiffs.

Accordingly, pursuant to Local Rule 141(b) and based upon the representations contained in Plaintiffs' Notice and Request to Seal, IT IS HEREBY ORDERED that Exhibit 14 to the Declaration of Christopher R. Pitoun in Support of Plaintiff's Motion for Class Certification, Appointment of Class Representative and Class Counsel (the "Barrett Report"), shall be SEALED until further order of this Court.  By separate order, the Court will transmit to the Clerk of Court the unredacted version of the Memorandum for filing under seal.

IT IS FURTHER ORDERED, by no later than August 25, 2023, Plaintiffs SHALL FILE a redacted version of the Barrett Report consistent with the redactions identified with yellow highlighting in the version of the Barrett Report emailed to the undersigned's chambers on August 18, 2023.

IT IS SO ORDERED.

Dated:   **August 21, 2023**                                    _____
UNITED STATES MAGISTRATE JUDGE

2