UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE SCHMIDT and JUDY A. VANN-EUBANKS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No. 1:21-cv-01784-JLT-CDB<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO SEAL<br><br>(Doc. 67) |

Pending before the Court is Defendant Protective Life Insurance's notice and request to seal a document, filed (Doc. 67) and emailed to the undersigned's chambers on August 18, 2023, described as Exhibit 11 to the Declaration of Christopher R. Pitoun in Support of Plaintiff's Motion for Class Certification, Appointment of Class Representative and Class Counsel (the "Policy List").

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Notice and Request, sealing the Policy List serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. Due to the extensive presentation of personal identifying information

throughout the Policy List, the Court further finds that there are no additional alternatives to sealing the document that would adequately protect the compelling interests identified by Defendant.

Accordingly, pursuant to Local Rule 141(b) and based upon the representations contained in Plaintiffs' Notice and Request to Seal, IT IS HEREBY ORDERED that Exhibit 11 to the Declaration of Christopher R. Pitoun in Support of Plaintiff's Motion for Class Certification, Appointment of Class Representative and Class Counsel (the "Policy List"), shall be SEALED until further order of this Court. By separate order, the Court will transmit to the Clerk of Court the unredacted version of the Memorandum for filing under seal.

IT IS SO ORDERED.

Dated: **August 21, 2023**

UNITED STATES MAGISTRATE JUDGE

2