1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   JANICE SCHMIDT, *et al*.                 Case No. 1:21-cv-01784-JLT-CDB

12              Plaintiffs,                    ORDER ON STIPULATION MODIFYING
                                               BRIEFING SCHEDULE FOR PLAINTIFFS'
13         v.                                  MOTION FOR CLASS CERTIFICATION

14    STANDARD LIFE INSURANCE                  (Doc. 76)
     COMPANY, *et al*.
15
                Defendants.
16

17

18         On December 17, 2021, Plaintiffs Janice Schmidt and Judy A. Vann-Eubanks ("Plaintiffs")

19   filed a class action complaint against Defendants Standard Life Insurance Company and Protective

20   Life Insurance Company ("Defendants").  (Doc. 1).  On August 14, 2023, Plaintiffs filed a motion for

21   class certification, appointment of class representative, and class counsel.  (Doc. 63).  Thereafter, the

22   Court entered a motion briefing schedule.  (Doc. 65).

23         Pending before the Court is the parties' stipulation to modify briefing schedule.  (Doc. 76).

24   Accordingly, in light of the parties' representations in the stipulation and for good cause appearing,

25   IT IS HEREBY ORDERED:

26         1.  Defendants' opposition to Plaintiff's motion for class certification, appointment of class

27             representative, and class counsel (Doc. 63), shall be filed on or before **September 18,**

28             **2023**;

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.   Plaintiff's reply in support of his motion, if any, shall be filed on or before **<u>October 12,</u>**

**<u>2023</u>**;

IT IS SO ORDERED.

Dated:   **<u>August 24, 2023</u>**          _____

UNITED STATES MAGISTRATE JUDGE